# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:09cv238

| | |
|---|---|
| CHRIS WALTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KENNETH D. LEWIS, CEO; and ) | |
| BANK OF AMERICA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on its own motion. On June 8, 2009, Plaintiff filed an Application to Proceed in District Court without Prepaying Fees or Costs ("IFP Application). (Doc. No. 2). On June 22, 2009, the Court denied Plaintiff's IFP Application, and ordered the Plaintiff to remit the $350 filing fee or file a new, fully completed application within 30 days. (Doc. No. 3). Plaintiff was forewarned that failure to comply with the Order would result in a dismissal of his claims.

Plaintiff has failed to remit payment or file a new, fully completed IFP Application within 30 days of the June 22, 2009 Order.

**IT IS, THEREFORE, ORDERED THAT:**

1. Plaintiff's claims are **DISMISSED without prejudice**;

2. The Clerk of Court is instructed to serve this Order on Plaintiff by certified mail, return receipt requested.

**SO ORDERED**.

Signed: July 29, 2009

Robert J. Conrad, Jr.
Chief United States District Judge