# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Chris Walters,

    Plaintiff(s),

vs.

Kenneth D. Lewis, CEO and Bank of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09cv238

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/30/09 Order.

July 30, 2009

FRANK G. JOHNS, CLERK

BY: *Susan Hankins*

Susan Hankins, Deputy Clerk